UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) DOCKET NO. 1:23-mj-00016 |
| | ) |
| V. | ) ORDER SEALING CRIMINAL |
| | ) COMPLAINT AND AFFIDAVIT |
| CHRISTOPHER JAY GAGNE | ) |

UPON MOTION of the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, requesting that the Criminal Complaint and Affidavit in support of the Criminal Complaint, along with the government's sealing motion and this Order be sealed until further order from this Court, in order to protect the secrecy and integrity of an ongoing criminal investigation, and the Court being fully advised,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the Criminal Complaint and Affidavit in support of the Criminal Complaint, along with the Government's Motion to Seal and this Order, shall be sealed and remain sealed until further order from this Court.

This 6th day of March, 2023.

Signed: March 6, 2023

W. Carleton Metcalf
United States Magistrate Judge